### J. B. EMERSON v. M. GERNON.

HOWELL, J.   This case, tried with that of *Emerson* v. *Lee*, just decided, presents the same material facts and questions of law, and for the reasons therein assigned.

It is ordered that the judgment of the lower Court be avoided and reversed; and that there be judgment of nonsuit in favor of defendant, with costs in both Courts.

---

### A. BAZONI v. J. B. MARCERA.—ON A MOTION TO DISMISS.

Where a claim is under three hundred dollars, it is not appealable, although it be consolidated with another suit in which another party is plaintiff.

APPEAL from the Third District Court of New Orleans,

ILSLEY, J.   The appellee moves to have the appeal in this case dismissed, because the amount in dispute is less than three hundred dollars, being only two hundred and thirty-five dollars and thirty-five cents, with legal interest, from the 4th August, 1863.

The case is not an appealable one; and the fact that it was consolidated with another suit, in which another party figures as plaintiff, cannot confer jurisdiction on this Court:

It is therefore ordered, adjudged and decreed, that the appeal in this case be dismissed, at the costs of the appellant.